## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRYANT BULLOCKS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1645 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy St. Eve |
| CITY OF CHICAGO, Chicago Police | ) | |
| Officer J.W. Hoffman, Star No. 19110, | ) | Magistrate Judge Keys |
| J.S. Weyforth, Star No. 12186, an unknown | ) | |
| Numbers of unnamed Chicago Police, | ) | |
| Thomas Dart, in his official capacity as | ) | |
| Sheriff of Cook County, and an unknown | ) | |
| Number of unnamed Cook County | ) | |
| Correctional Officers | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Ed Fox
      ED FOX & ASSOCIATES
      300 West Adams, Suite 330
      Chicago, Illinois 60606

Please take notice that on April 23, 2008 at 8:30 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Judge Amy St. Eve or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 1241, 219 S. Dearborn, Chicago, Illinois 60604 and present the attached Motion To Enlarge.

                                    Richard A. Devine
                                    State's Attorney of Cook County

             By:    /s/  Steven L. Satter
                    Steven L. Satter
                    Assistant State's Attorney
                    500 Richard J. Daley Center
                    Chicago, Illinois 60602
                    ARDC # 6243813

## CERTIFICATE OF SERVICE

STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

**Motion to Enlarge**

was served pursuant to the District Court's ECF system as to ECF filers.

s/ Steven L. Satter
Steven L. Satter
