IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRYANT BULLOCKS           ) | | |
|     Plaintiff,                      ) | No. 08 C 1645 | |
|                                            ) | | |
| v.                                              ) | | |
|                                            ) | Judge St. Eve | |
| CITY OF CHICAGO, Chicago Police ) | | |
| Officer J.W. Hoffman, Star No.19110, ) | | |
| J.S. Weyforth, Star No. 12186, an unknown ) | Magistrate Keys | |
| number of unnamed Chicago Police, ) | | |
| Thomas Dart, in his official capacity as ) | | |
| Sheriff of Cook County, and an unknown ) | | |
| number of unnamed Cook County ) | | |
| Correctional Officers                  ) | | |
|                                            ) | | |
|     Defendants.               ) | | |

**AGREED MOTION OF CITY OF CHICAGO DEFENDANTS TO
EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants City of Chicago, Jerome Hoffman and James Weyforth, by their attorney, Thomas J. Platt, Assistant Corporation Counsel, for their Motion to Extend the Time to file their Answer or other responsive pleading to the Complaint in this cause through May 30, 2008, state as follows:

    1.    This matter is a case under 42 U.S.C. §1983 alleging unreasonable inattention to medical need against Chicago Police Officer defendants Jerome Hoffman and James Weyforth. (Count I). The complaint also contains a claim under state law for willful and wanton denial of medical care and against defendants Hoffman and Weymouth and defendant, City of Chicago. (Count IV). The remaining counts are alleged against other defendants.

    2.    Defendants Hoffman and Weymouth were served on April 22 and April 30, 2008, respectively. Counsel for defendants have not had an opportunity to meet with the officers or

obtain the necessary police records to prepare a responsive pleading.

    3.    Defendants request through May 30, 2008 to file their Answer or other responsive pleading to the complaint. Plaintiff has agreed to this motion.

    WHEREFORE, Defendants City of Chicago, Jerome Hoffman and James Weyforth request that this court enter an order allowing defendants through May 30, 2008 to file their Answer or other responsive pleading to the complaint in this cause.

    Respectfully submitted,

    /s/ Thomas J. Platt
    Assistant Corporation Counsel
    Attorney for individual Defendants

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Atty. No. 06181260

May 5, 2008