IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRYANT BULLOCKS | ) | |
| Plaintiff, | ) | No. 08 C 1645 |
| | ) | |
| v. | ) | |
| | ) | Judge St. Eve |
| CITY OF CHICAGO, Chicago Police | ) | |
| Officer J.W. Hoffman, Star No.19110, | ) | |
| J.S. Weyforth, Star No. 12186, an unknown | ) | Magistrate Keys |
| number of unnamed Chicago Police, | ) | |
| Thomas Dart, in his official capacity as | ) | |
| Sheriff of Cook County, and an unknown | ) | |
| number of unnamed Cook County | ) | |
| Correctional Officers | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

To:  Garrett Browne                         Steven L. Satter
     Ed Fox and Associates                  Cook County State's Attorney's Officee
     300 W. Adams, Ste. 330                 Daley Center, 50 W. Washington, Ste. 500
     Chicago, Illinois 60606                Chicago, Illinois   60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Agreed Motion of City of Chicago Defendants to Extend Time to File Answer or other Responsive Pleading.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Amy St. Eve at 8:30 a.m. on May 8, 2008, or as soon as counsel may be heard, and then and there present the above stated motion.

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing Agreed Motion of Defendants to Extend Time to File Answer or other Responsive Pleading to be served via the electronic filing system of the Northern District of Illinois to the persons named above at the addresses therein shown, on May 5, 2008

                                        /s/ Thomas J. Platt
                                        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4833

Case 1:08-cv-01645 Document 14 Filed 05/05/2008 Page 2 of 2