UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Bryant Bullocks
                        Plaintiff,

v.                                              Case No.: 1:08−cv−01645
                                              Honorable Amy J. St. Eve

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Motion for extension of time to answer [13] is granted. Defendants to answer or otherwise plead by 5/30/2008. ( Joint Status Report due by 6/2/2008., Initial Status hearing set for 5/21/2008 is stricken and reset to 6/5/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.