UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 c 1645 |
|---|---|
| BRYANT BULLOCKS, Plaintiff     Hon. Judge ST. EVE | |
| v. | |
| CITY OF CHICAGO, Chicago Police Officer J.W. Hoffman, et al, Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago

| SIGNATURE |
|---|
| s/ Erica A. Hokens |

| FIRM |
|---|
| City of Chicago Department of Law |

| STREET ADDRESS |
|---|
| 30 N. La Salle Street, Suite 1640 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6271240 | (312) 742- 6146 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO X |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO X |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐