## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRYANT BULLOCKS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1645 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy St. Eve |
| CITY OF CHICAGO, Chicago Police | ) | |
| Officer J.W. Hoffman, Star No. 19110, | ) | Magistrate Judge Keys |
| J.S. Weyforth, Star No. 12186, an unknown | ) | |
| Numbers of unnamed Chicago Police, | ) | |
| Thomas Dart, in his official capacity as | ) | |
| Sheriff of Cook County, and an unknown | ) | |
| Number of unnamed Cook County | ) | |
| Correctional Officers | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Ed Fox
     ED FOX & ASSOCIATES
     300 West Adams, Suite 330
     Chicago, Illinois 60606

 PLEASE TAKE NOTICE that on May 14, 2008, I caused to be filed with the federal clerk in the United States District Court for the Northern District, Illinois, Eastern Division the attached Defendant's Answer to Plaintiff's Complaint.

                    Richard A. Devine
                    State's Attorney of Cook County

           By:   /s/  Steven L. Satter
                    Steven L. Satter
                    Assistant State's Attorney
                    500 Richard J. Daley Center
                    Chicago, Illinois 60602
                    ARDC # 6243813

## CERTIFICATE OF SERVICE

  STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

### ANSWER

was served pursuant to the District Court's ECF system as to ECF filers.

                   s/ Steven L. Satter
                   Steven L. Satter