IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRYANT BULLOCKS | ) | |
| | ) | |
| v.       Plaintiff, | ) | No. 08 C 1645 |
| | ) | |
| | ) | Judge St. Eve |
| CITY OF CHICAGO, Chicago Police, et. al. | ) | |
| | ) | Magistrate Keys |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Garrett Browne                              Steven L. Satter
      Ed Fox and Associates                       Cook County State's Attorney's Officee
      300 W. Adams, Ste. 330                      Daley Center, 50 W. Washington, Ste. 500
      Chicago, Illinois 60606                     Chicago, Illinois  60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Motion For Entry of Qualified Protective Order, copy of which has been provided to counsel of record in accordance with the notice requirements of the CM/ECF system of the Northern District of Illinois.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Amy St. Eve at 8:30 a.m. on June 10, 2008, or as soon as counsel may be heard, and then and there present the above stated motion.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing Motion For Entry of Qualified Protective Order to be served via the electronic filing CM/ECF system of the Northern District of Illinois to the persons named above at the addresses therein shown, on June 3, 2008.

/s/ Thomas J. Platt
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4833