**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRYANT BULLOCKS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 08 C 1645 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, Chicago Police | ) | JUDGE ST. EVE |
| Officer J.W. Hoffman, Star No. 19110, | ) | |
| J.S. Weyforth, Star No. 12186, an unknown | ) | |
| number Of unnamed Chicago Police, | ) | |
| Thomas Dart, in his official capacity as | ) | |
| Sheriff of Cook County, and an unknown | ) | |
| number of unnamed Cook County | ) | |
| Correctional Officers | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT

1. **The Nature of the Case**

   A.  Edward Fox and Garrett Browne are attorneys of record for plaintiff, and are both expected to act as trial attorneys for plaintiff.

   Steven L. Satter is the attorney of record for the Sheriff of Cook County, and is expected to act as trial attorney for this defendant.

   Erica A. Hokens and Thomas J. Platt are the attorneys of record for the City of Chicago and defendants Hoffman and Weyforth, and expect to act as trial attorneys for these defendants.

   B.  This court has federal question and supplemental jurisdiction under 28 U.S.C. Sections 1343, 1331 and 1367.

   C.  The general nature of plaintiff's claims is that he is an insulin dependant diabetic who was denied access to insulin and/or appropriate medical treatment while in the custody of the Chicago Police Department and the Cook County Jail.  The defendants have not filed any counterclaims.

   D.  The major legal/factual issues in this case are expected to be when/whether plaintiff informed defendants of his need for insulin and/or medical treatment while he was in the custody of defendants.

      E.   Plaintiff is seeking to recover compensatory and punitive damages, and reasonable attorneys fees and costs incurred as a result of this litigation.

2. **<u>Pending Motions and Case Plan</u>**

    A.   There are no motions currently pending.

    B.   The parties jointly propose the following discovery plan:

        i.        The type of discovery needed:  Documentation relating to plaintiff's custody inside the Chicago Police Department and the Cook County Jail, the identities of all Chicago Police Department and Cook County Jail personnel that had any contact/interaction with plaintiff, the depositions of all personnel with knowledge of plaintiff's condition inside the Chicago Police Department and the Cook County Jail, and plaintiff's alleged injuries caused by a lack of insulin.

        ii.       Date for Rule 26(a)(1) disclosures:  **<u>July 15, 2008.</u>**

        iii.      Fact discovery completion date: **<u>December 19, 2008.</u>**

        iv.      All expert discovery should be completed by **<u>March 31, 2009</u>** with plaintiff to provide expert report by **<u>January 30, 2009</u>**, and defendants to provide any expert reports by **<u>February 27, 2009</u>**.

        v.       All dispositive motions must be filed by:  **<u>January 30, 2009</u>**.

        vi.      The final pretrial order must be filed by:  _____

    C.   **<u>Trial Information</u>**

        vii.     The parties have requested a jury trial.

        viii.    The trial is expected to take 4 to 5 days.

        ix.      The case will be ready for trial by **<u>May 2009</u>**

3.  The parties do not unanimously consent to proceed before a magistrate judge.

4. **<u>Status of Settlement Discussions</u>**

    A.  No settlement Discussions have occurred, and the parties do not request a settlement conference at this time.

/s/Garrett Browne                         /s/ Steven L. Satter
Attorney for Plaintiff                    Attorney for Sheriff of Cook County
Ed Fox & Associates                       Assistant State's Attorney
300 West Adams                            500 Richard J. Daley Center
Suite 330                                 Chicago, IL. 60602
Chicago, IL 60606                         (312) 603-5105
(312) 345-8877
(312) 853-3489 FAX


  /s/ Thomas J. Platt
Attorney for City of Chicago, Weyforth,
and Hoffman
Assistant Corp. Counsel
Suite 1400
30 N. LaSalle St.
Chicago, IL. 60606