UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bryant Bullocks
                    Plaintiff,

v.                                      Case No.: 1:08−cv−01645
                                              Honorable Amy J. St. Eve

City of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion for protective order [21] is entered. Response due 6/12/2008. Appearance on this noticed motion for 6/10/2008 is stricken. Status hearing held on 6/5/2008; (Rule 26(a)(1) disclosures due 7/15/2008. Written discovery to be issued by 6/23/2008. Fact discovery ordered closed by 12/19/2008. Plaintiff's expert disclosures with reports due 1/30/2009. Defendant's expert disclosures with reports due 2/27/2009. Expert discovery ordered closed by 3/31/2009. Dispositive motions with supporting memoranda due by 1/30/2009., Status hearing set for 7/31/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.