IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BRYANT BULLOCKS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 08 C 1645 |
| v. ) | |
| ) | |
| CITY OF CHICAGO, Chicago Police ) | JUDGE ST. EVE |
| Officer J.W. Hoffman, Star No. 19110, ) | |
| J.S. Weyforth, Star No. 12186, an unknown ) | |
| number Of unnamed Chicago Police, ) | |
| Thomas Dart, in his official capacity as ) | |
| Sheriff of Cook County, and an unknown ) | |
| number of unnamed Cook County ) | |
| Correctional Officers ) | |
| **Defendants.** ) | |

## NOTICE OF FILING

TO:   Thomas J. Platt, Asst. Corp. Counsel, Suite 1400, 30 N. LaSalle St., Chicago, IL. 60602

   Steven L. Satter, 500 Richard J. Daley Center, Chicago, IL. 60602

   **PLEASE TAKE NOTICE** that on June 9, 2008, the undersigned electronically filed with the Clerk of this Court, the PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER service of which is being made upon you.

S/Garrett Browne
Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

## CERTIFICATE OF SERVICE

   I hereby certify that on June 9, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

/s/Garrett Browne
Garrett Browne
ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
gbrowne@efox-law.com