## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **BRYANT BULLOCKS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 08 C 1645 |
| v. ) | |
| ) | |
| CITY OF CHICAGO, Chicago Police ) | JUDGE ST. EVE |
| Officer J.W. Hoffman, Star No. 19110, ) | |
| J.S. Weyforth, Star No. 12186, an unknown ) | |
| number Of unnamed Chicago Police, ) | |
| Thomas Dart, in his official capacity as ) | |
| Sheriff of Cook County, and an unknown ) | |
| number of unnamed Cook County ) | |
| Correctional Officers ) | |
| **Defendants.** ) | |

## NOTICE OF MOTION

TO:   Thomas J. Platt, Asst. Corp Counsel, Suite 1610, 30 N. LaSalle St., Chicago, IL. 60602
      Steven L. Slatter, 500 Richard J. Daley Center, Chicago, IL. 60602


 PLEASE TAKE NOTICE, that on the **3rd day of JULY, 2008, at 8:30 a.m.**, I shall appear before **Judge St. Eve** in the courtroom where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Plaintiff's Motion For Leave To File Amended Complaint.**

>                         s/Garrett Browne
>                         Garrett Browne
>                         ED FOX & ASSOCIATES
>                         300 West Adams, Suite 330
>                         Chicago, IL 60606
>                         (312) 345-8877
>                         gbrowne@efox-law.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                                        s/Garrett Browne
                                        Garrett Browne
                                        ED FOX & ASSOCIATES
                                        300 West Adams, Suite 330
                                        Chicago, IL 60606
                                        (312) 345-8877
                                        **gbrowne@efox-law.com**