IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BRYANT BULLOCKS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 08 C 1645 |
| v. ) | |
| ) | |
| CITY OF CHICAGO, Chicago Police ) | JUDGE ST. EVE |
| Officer J.W. Hoffman, Star No. 19110, ) | |
| J.S. Weyforth, Star No. 12186, an unknown ) | |
| number Of unnamed Chicago Police, ) | |
| Thomas Dart, in his official capacity as ) | |
| Sheriff of Cook County, and an unknown ) | |
| number of unnamed Cook County ) | |
| Correctional Officers ) | |
| **Defendants.** ) | |

## NOTICE OF FILING

TO**:**   Thomas J. Platt, Asst. Corp. Counsel, Suite 1400, 30 N. LaSalle St., Chicago, IL. 60602

Steven L. Satter, 500 Richard J. Daley Center, Chicago, IL. 60602

**PLEASE TAKE NOTICE** that on June 27, 2008, the undersigned electronically filed with the Clerk of this Court, the PLAINTIFF'S FIRST AMENDED COMPLAINT service of which is being made upon you.

                                 S/Garrett Browne
                                 Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

## CERTIFICATE OF SERVICE

     I hereby certify that on June 27, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                                 /s/Garrett Browne
                                 Garrett Browne
                                 ED FOX & ASSOCIATES
                                 300 West Adams, Suite 330
                                 Chicago, IL 60606
                                 (312) 345-8877
                                 gbrowne@efox-law.com