**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BRYANT BULLOCKS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, Chicago Police )<br>Officer J.W. Hoffman, Star No. 19110, )<br>J. W. Weyforth, Star No. 12186, A. Walker, )<br>Star No. 14988, P. Dumas, Star No. 9182 )<br>an unknown number of unnamed Chicago Police, )<br>Thomas Dart, in his offical capacity as Sheriff of )<br>Cook County, and an unknown number of unnamed )<br>Cook County Correctional Officers )<br>)<br>Defendants. ) | NO.  08 CV 1645<br><br>JUDGE ST. EVE<br>MAGISTRATE JUDGE KEYS |

**AGREED MOTION OF CITY OF CHICAGO DEFENDANTS TO
EXTEND TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT**

Defendants, City of Chicago, Jerome Hoffman and James Weyforth, by their attorney, Le'ora Tyree, Assistant Corporation Counsel, for their Motion to Extend the Time to file their Answer to the First Amended Complaint in this cause through August 13, 2008, state as follows:

1.     Plaintiff filed his First  Amended Complaint on or about June 27, 2008, naming two new individual defendants allegedly employed by defendant City of Chicago, Officers A. Walker and P. Dumas. As of  July 22, 2008, neither of these newly named defendants had been served with Plaintiff's Amended Complaint

2.     This motion is made not to delay the proceedings but rather to allow time for service on the newly named defendants, Officers Dumas and Walker and to grant these defendants adequate time to respond properly to the allegations in Plaintiff's Complaint.

3.  The First Amended Complaint makes no new allegations against defendants City of Chicago or defendants Hoffman and Weymouth. These defendants have answered the original complaint filed in this cause.

4.  Undersigned counsel spoke with Plaintiff's attorneys, Garrett Browne, by telephone on June 27, 2008. Mr. Browne said that he has no objection to this request for an extension of time to answer or otherwise plead.

WHEREFORE, Defendants City of Chicago and Jerome Hoffman and James Weyforth respectfully request that they be given an extension of time to August 13, 2008 to answer or otherwise plead in response to Plaintiff's Amended Complaint; and for any other relief that this Honorable Court deems proper.

                Respectfully submitted,

                */s/ Le'Ora Tyree*
                LE'ORA TYREE
                Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 742-9866