**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRYANT BULLOCKS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **NO.  08 CV 1645** |
| | ) | |
| CITY OF CHICAGO, Chicago Police | ) | JUDGE ST. EVE |
| Officer J.W. Hoffman, Star No. 19110, | ) | MAGISTRATE JUDGE KEYS |
| J. W. Weyforth, Star No. 12186, A. Walker, | ) | |
| Star No. 14988, P. Dumas, Star No. 9182 | ) | |
| an unknown number of unnamed Chicago Police, | ) | |
| Thomas Dart, in his offical capacity as Sheriff of | ) | |
| Cook County, and an unknown number of unnamed | ) | |
| Cook County Correctional Officers | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION CITY OF CHICAGO DEFENDANTS TO
EXTEND TIME TO FILE ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S
FIRST AMENDED COMPLAINT**

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **AGREED MOTION OF CITY OF CHICAGO DEFENDANTS TO EXTEND TIME TO FILE ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT.**

     **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge St. Eve, or before such other Judge sitting in his place or stead, on the 30th day of July, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 22[st] day of June, 2008.

                                      LE'ORA TYREE
                                      ASSISTANT CORPORATION COUNSEL

                   BY:   **/s/ *Le'Ora Tyree***
                         LE'ORA TYREE
                         Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-1056
Attorney No. 6288669

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused this **NOTICE OF AGREED MOTION CITY OF CHICAGO DEFENDANTS TO EXTEND TIMEWHICH TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT** to be served electronically upon represented parties via the CM/ECF electronic filing system this 21st day of February, 2008.

/s/ *Le'Ora Tyree*
LE'ORA TYREE