**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Bryant Bullocks
                             Plaintiff,

v.                                                      Case No.: 1:08−cv−01645
                                                      Honorable Amy J. St. Eve

City of Chicago, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

     MINUTE entry before the Honorable Amy J. St. Eve:City of Chicago defendants' motion for extension of time to answer [35] is granted. Defendants City of Chicago, Jerome Hoffman and James Weyforth are given to 8/13/08 to answer or otherwise plead to plaintiff's amended complaint. No appearance is required on the 7/30/08 notice date. Status hearing set for 7/31/08 is stricken and reset to 8/19/08 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.