UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of | Case | 08 C 1645 |
| Bryant Bullocks | | |
| Plaintiff | Judge | St. Eve |
| vs. | | |
| City of Chicago, Chicago Police Officer J.W. Hoffman, Star No. 19910, et al., | Magistrate | Keys |
| Defendants | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Paul Dumas, Star 9182 and Anthony Walker, Star 14988

| | |
|---|---|
| SIGNATURE | /s/ Thomas J. Platt |
| FIRM | City of Chicago, Department of Law |
| STREET ADDRESS | 30 No. LaSalle Street - Suite 1400 |
| CITY/STATE/ZIP | Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06181260 | TELEPHONE NUMBER 312.744.4833 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X    NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |