## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRYANT BULLOCKS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1645 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy St. Eve |
| CITY OF CHICAGO, Chicago Police | ) | |
| Officer J.W. Hoffman, Star No. 19110, | ) | Magistrate Judge Keys |
| J.S. Weyforth, Star No. 12186, an unknown | ) | |
| Numbers of unnamed Chicago Police, | ) | |
| Thomas Dart, in his official capacity as | ) | |
| Sheriff of Cook County, and an unknown | ) | |
| Number of unnamed Cook County | ) | |
| Correctional Officers | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF FILING**

To:  Garrett Browne                      Thomas Platt
     ED FOX & ASSOCIATES                  City of Chicago, Dept. of Law
     300 West Adams, Suite 330            30 N. LaSalle St., Suite 1400
     Chicago, Illinois 60606              Chicago, IL 60602

    PLEASE TAKE NOTICE that on August 12, 2008, I caused to be filed with the federal clerk in the United States District Court for the Northern District, Illinois, Eastern Division the attached Defendant's Answer to Plaintiff's Complaint.

                              Richard A. Devine
                              State's Attorney of Cook County

           By:    /s/ Steven L. Satter
                    Steven L. Satter
                    Assistant State's Attorney
                    500 Richard J. Daley Center
                    Chicago, Illinois 60602
                    ARDC # 6243813

## CERTIFICATE OF SERVICE

      STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

**ANSWER**

was served pursuant to the District Court's ECF system as to ECF filers.

s/ Steven L. Satter<br>
Steven L. Satter