IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BRYANT BULLOCKS** ) | | |
| ) | No. | **08 C 1645** |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| CITY OF CHICAGO, Chicago Police ) | | |
| Officers J.W. Hoffman, Star No. 19110, ) | | |
| J.S. Weyforth, Star No. 12186, A. Walker, ) | | |
| Star No. 14988, P. Dumas, Star No. 9182, ) | | |
| an unknown number Of unnamed Chicago ) | | |
| Police, Thomas Dart, in his official capacity ) | | |
| as Sheriff of Cook County, and an unknown ) | JUDGE ST. EVE | |
| number of unnamed Cook County ) | | |
| Correctional Officers ) | **JURY DEMANDED** | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on August 13 , 2008 the City of Chicago, Officer Hoffman, Officer Weyforth, Officer Dumas, and Officer Walker will file their Answers, Defenses, and Jury Demand to Plaintiff's First Amended Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. An electronic copy of that document is herewith served upon you.

    I, Le'Ora Tyree, hereby certify that I caused this notice and the attached document by causing it to be electronically served upon all counsel of record by filing the same before the Court via the ECF system on this 13th day of August, 2008.

Respectfully submitted,

LE'ORA TYREE
CORPORATION COUNSEL
CITY OF CHICAGO,

By:   */s/ Le'Ora Tyree*_____
        LE'ORA TYREE
        Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 744-1056 Office
(312) 744-3989 Fax
Attorney No.  06288669