## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **BRYANT BULLOCKS**  )  <br>  ) <br>    Plaintiff,    ) <br>  ) Case No: 08 C 1645 <br> v.    ) <br>  ) <br> CITY OF CHICAGO, Chicago Police  ) JUDGE ST. EVE <br> Officer J.W. Hoffman, Star No. 19110,  ) <br> J.S. Weyforth, Star No. 12186, an unknown  ) <br> number Of unnamed Chicago Police,  ) <br> Thomas Dart, in his official capacity as  ) <br> Sheriff of Cook County, and an unknown  ) <br> number of unnamed Cook County  ) <br> Correctional Officers    ) <br>    **Defendants.**    ) | |

### NOTICE OF MOTION

TO**:**   Thomas J. Platt, Asst. Corp Counsel, Suite 1610, 30 N. LaSalle St., Chicago, IL. 60602
         Steven L. Slatter, 500 Richard J. Daley Center, Chicago, IL. 60602


   PLEASE TAKE NOTICE, that on the **20th day of AUGUST, 2008, at 8:30 a.m**., I shall appear before **Judge St. Eve** in the courtroom where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Plaintiff's Motion For Leave To File Second Amended Complaint.**

                              s/Garrett Browne
                              Garrett Browne
                              ED FOX & ASSOCIATES
                              300 West Adams, Suite 330
                              Chicago, IL 60606
                              (312) 345-8877
                              gbrowne@efox-law.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

s/Garrett Browne
Garrett Browne
ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
**gbrowne@efox-law.com**
