UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bryant Bullocks

                        Plaintiff,

v.    Case No.: 1:08−cv−01645
    Honorable Amy J. St. Eve

City of Chicago, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 8/19/2008 and continued to 9/24/08 at 8:30 a.m. Plaintiff's motion for leave to file second amended complaint [44] is granted. Plaintiff's counsel to separately file the second amended complaint upon receipt of this order. Defendants to answer any outstanding written discovery by 9/5/08. Defendants to answer or otherwise plead to plaintiff's second amended complaint by 9/18/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.