**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRYANT BULLOCKS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 08 C 1645 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, Chicago Police | ) | JUDGE ST. EVE |
| Officer J.W. Hoffman, Star No. 19110, | ) | |
| J.S. Weyforth, Star No. 12186, an unknown | ) | |
| number Of unnamed Chicago Police, | ) | |
| Thomas Dart, in his official capacity as | ) | |
| Sheriff of Cook County, and an unknown | ) | |
| number of unnamed Cook County | ) | |
| Correctional Officers | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

TO:   Thomas J. Platt, Asst. Corp. Counsel, Suite 1400, 30 N. LaSalle St., Chicago, IL. 60602

   Steven L. Satter, 500 Richard J. Daley Center, Chicago, IL. 60602

   **PLEASE TAKE NOTICE** that on August 19, 2008, the undersigned electronically filed with the Clerk of this Court, the PLAINTIFF'S SECOND AMENDED COMPLAINT service of which is being made upon you.

                                                        S/Garrett Browne
                                                        Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

## CERTIFICATE OF SERVICE

   I hereby certify that on August 19, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                                                        /s/Garrett Browne
                                                        Garrett Browne
                                                        ED FOX & ASSOCIATES
                                                        300 West Adams, Suite 330
                                                        Chicago, IL 60606
                                                        (312) 345-8877
                                                        gbrowne@efox-law.com